UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

SUE BURLAGE
(513) 564-7012
www.ca6.uscourts.gov

ACT

Filed: December 3, 2002

Samuel K. Rosen
   and
Robert I. Harwood
Wechsler, Harwood, Halebian & Feffer
488 Madison Avenue
Eighth Floor
New York, NY   10022

Seth D. Gould
Feeney, Kellett, Wienner & Bush
35980 Woodward Avenue
Second Floor
Bloomfield Hills, MI   48304-0934

A. Gilchrist Sparks
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE   19899

FILE
DEC 1 1 2002
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

RE: 02-2080
    Salsitz vs. Nasser, et al
    District Court No. 00-74181

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Sue Burlage
Case Manager

Enclosure

cc: Honorable Robert H. Cleland
    Mr. David J. Weaver
       certified copy

Case No: 02-2080

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

ORDER

NORMAN SALSITZ

    Plaintiff - Appellant

v.

JACQUES A. NASSER, et al.

    Defendants - Appellees

**FILED**

DEC 3 2002

LEONARD GREEN, Clerk

00-74181
S.cleland

FILE

DEC 11 2002

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green,*
                      STB

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Sue Burlage*
    Deputy Clerk